# Order

Michigan Supreme Court
Lansing, Michigan

May 21, 2012

144520-3

ABELARDO MORALEZ,
   Petitioner-Appellant,

v

PATRICK PATTERSON,
   Respondent-Appellee.

_____/

ABELARDO MORALEZ,
   Petitioner-Appellant,

v

DENNIS WAYNE PATTERSON,
   Respondent-Appellee.

_____/

ABELARDO MORALEZ,
   Petitioner-Appellant,

v

CHRISTOPHER JAMES TEEGARDIN,
   Respondent-Appellee.

_____/

ABELARDO MORALEZ,
   Petitioner-Appellant,

v

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144520
COA: 303831
Jackson CC: 11-000752-PH

SC: 144521
COA: 303832
Jackson CC: 11-000753-PH

SC: 144522
COA: 303834
Jackson CC: 11-000754-PH

SC: 144523
COA: 303835
Jackson CC: 11-000755-PH

MICHAEL PATRICK TEEGARDIN,
             Respondent-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 20, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012                                        _____
                                                    Clerk

d0514